UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI ABDI ALI,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOE 1 CORRECTIONS OFFICERS, et al.,<br><br>            Defendants. | Case No. C16-264 TSZ-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Plaintiff's complaint, the amended complaint, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which no timely objections were filed, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   This case is **dismissed without prejudice prior to service for failure to state a claim.**

(3)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 25th day of August, 2016.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1